JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ARIAS,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 13-1940-AG (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order re Dismissal of Action for Failure to Prosecute filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: March 23, 2014

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1